**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 7-7-2006

DIGITAL RECORDING: 4:02 - 4:10 pm

- ☒ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd      DEPUTY CLERK: sql

CASE NO.: 2:06mj67-DRB        DEFT. NAME: Kevin DOYLE

USA: Morris        ATTY: Illman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Sandra Wood

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES    NAME: ____

☐ kars.          Date of Arrest 7-6-06   or  ☒ ~~karsr40~~ Rule 5
☒ kia.           Deft. First Appearance. Advised of rights/charges. ☒ Pro/Sup Rel Violator
☒ kcnsl.         Deft. First Appearance with Counsel
☐                Deft. First Appearance without Counsel
☐                Requests appointed Counsel    ☐ ORAL MOTION for Appointment of Counsel
☐ kfinaff.       Financial Affidavit executed ☐ to be obtained by PTSO
☐ koappted       ORAL ORDER appointing Community Defender Organization - Notice to be filed.
☐ k20appt.       Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐                Deft. Advises he will retain counsel. Has retained ____
☐                Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐                Government's WRITTEN Motion for Detention Hrg. filed.
☐ kdmhrg.        Detention Hearing ☐ held; ☐ set for ____
☐ kotempdtn.     ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.         ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls.     Release order entered. Deft. advised of conditions of release
☐ kbnd.          ☐ BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
                 ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ kloc.(LC)      Bond NOT executed. Deft to remain in Marshal's custody
☐                Preliminary Hearing ☐ Set for ____
☐ ko.            Deft. ORDERED REMOVED to originating district
☒ kwvprl.        Waiver of ☐ preliminary hearing; ☒ kwvr40hrg. (Waiver of R.40 Hearing)
☐                Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ karr.          ARRAIGNMENT SET FOR: ____ ☐ HELD. Plea of NOT GUILTY entered.
                 ☐ Set for ____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____
                 DISCOVERY DISCLOSURES DATE: ____
☐ krmknn.        NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.       Identity/Removal Hearing set for ____
☒ kwvspt         Waiver of Speedy Trial Act Rights Executed